## Commonwealth *v.* Hinton, Appellant.

Argued April 9, 1973. *Stephen Swem,* Assistant Public Defender, with him *John H. Corbett, Jr.,* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.